

FILED
CLERK, U.S. DISTRICT COURT

07/19/2024

CENTRAL DISTRICT OF CALIFORNIA
BY:___M.B.___DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Robert M. Seibert,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-00275<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of Defendant_____, IT IS ORDERED that a detention hearing is set for July 23,_____, 2024_____, at 1:00_____ ☐a.m. / ☒p.m. before the Honorable JOHN D. EARLY_____, in Courtroom 6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: July 19, 2024_____     JOHN D. EARLY  *[signature]*
_____
U.S. ~~District Judge/M~~agistrate Judge